Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED 2008 AUG 20 AM 10:58
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

A.J. OLIVER,
Plaintiff,

vs

HOTCAKES NO. 18, INC. dba IHOP #830; CHELSEA SAN DIEGO FINANCE, LLC,
Defendants.

**SUMMONS IN A CIVIL ACTION**

Case No.

08 CV 1534 JAH BLM

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Lynn Hubbard, III, SBN 69773
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane, Chico, CA  95926
(530) 895-3252

   An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

AUG 2 0 2008

W. Samuel Hamrick, Jr.                          DATE
CLERK
J. PARIS

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)